**Appeal Dismissed and Memorandum Opinion filed October 29, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-24-00347-CV

---

## IN THE INTEREST OF B.R.J., JR., A CHILD

---

**On Appeal from the County Court at Law No. 1**
**Galveston County, Texas**
**Trial Court Cause No. 15-FD-0033**

---

### MEMORANDUM OPINION

This appeal is from a post-judgment order of enforcement signed January 12, 2024. The clerk's record was filed June 4, 2024. The reporter's record was filed July 2, 2024. No brief was filed.

On October 1, 2024, we issued a notice stating that unless appellant filed a brief along with a motion to extend time on or before October 11, 2024, the appeal was subject to dismissal without further notice. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Wilson.